FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 22  AM 10: 53

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>TUESDAY MARTINDALE,<br><br>Debtor. | Bankruptcy No. 09-34261 RKM<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.    The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.    The following creditors were to have received a 0.80% distribution on their claims.  The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|-----------|------------------|--------------|
| 2 | American Infosource Lp As Agent for<br>World Financial Network National Bank as<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | $1.92 |



| 7 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $2.91 |
| 10 | Verizon Wireless<br>Bankruptcy Department<br>P.O. Box 3397<br>Bloomington, IL 61702 | $2.78 |

3.    A check in the amount of $7.61 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _21_ day of September, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the _22_ day of September, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____